# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**GEORGE WOOTEN**                                                                **PLAINTIFF**

**VS.**                                                 **CAUSE NO. 2:05-cv-00159 NBB-EMB**

**ST. JUDE MEDICAL, INC.;**
**ROBERT PATRICK LENAHAN, JR.;**
**LOUIS BONILLA, M.D.; STACY SANFORD;**
**and BAPTIST MEMORIAL HOSPITAL – DESOTO, INC.**        **DEFENDANTS**

_____

AGREED ORDER GRANTING ADDITIONAL TIME TO RESPOND TO COMPLAINT
_____

## **ORDER**

This matter came before the Court on the *ore tenus* motion of Defendant Baptist Memorial Hospital-Desoto, Inc. ("Baptist") to allow Baptist additional time in which to respond to Plaintiff's Complaint, and the Court having been informed of the agreement of the parties to allow Baptist until August 30, 2005, in which to so respond,

The Court, therefore, **ORDERS** that the Baptist Memorial Hospital-Desoto, Inc.'s response to the Plaintiff's Complaint shall filed on or before August 30, 2005.

This, the 19th day of August, 2005.

                                                       /s/ Eugene M. Bogen
                                                       United State Magistrate Judge